[No. 30693-6-I.     Division One.     May 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY
MATHEW OLEBAR, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-07531-6, Peter K. Jarvis, J., entered April
17, 1990. *Reversed* by unpublished opinion per Kennedy, J.,
concurred in by Pekelis, A.C.J., and Coleman, J.

[No. 28754-1-I.     Division One.     May 2, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
DEAN ARTHUR, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-07312-9, Robert H. Alsdorf, J., entered June
25, 1991. *Affirmed* by unpublished opinion per Pekelis,
A.C.J., concurred in by Agid and Becker, JJ.

[No. 14788-2-II.     Division Two.     May 4, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KLY BUN
MEAS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 90-1-00219-8, Michael G. Spencer, J.,
entered March 4, 1991. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Seinfeld, A.C.J., and Alexander, J.

[No. 15555-9-II.     Division Two.     May 4, 1994.]

SEATTLE JET CENTER, INC., *Appellant*, v. THE
DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 89-2-01192-9, Richard A. Strophy, J., entered November 12, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, A.C.J., and Alexander, J.